mr

[If you need additional space for ANY section, please attach additional sheet and reference that section.]

**FILED**
**10/21/2025**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MEN

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

## RECEIVED

SEP 1 6 2025  mrm

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Ronald Gene Langley III

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:25-cv-11257
Judge Sunil R. Harjani
Magistrate Jeannice W. Appenteng
PC7
RANDOM / Cat. 3

vs.

Thomas J Dart

Sheriff of Cook County

Cook County Jail

Officer John Doe,

_____

_____

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

Case No: _____
(To be supplied by the Clerk of this Court)

### CHECK ONE ONLY:

X  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
   **U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
       **28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

mr

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.      **Plaintiff(s):**

   A.   Name: Ronald Gene Langley III

   B.   List all aliases: Ivory Renay Stidhum

   C.   Prisoner identification number: M16438

   D.   Place of present confinement: Logan C.C.

   E.   Address: PO Box 1000 Lincoln IL 62656.

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.     **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A.   Defendant: Thomas J Dart

        Title: Sheriff of Cook County

        Place of Employment: Sheriff Department Chicago IL 60602 704 Richard J Daley Center

   B.   Defendant: Cook County Jail.

        Title: N/A

        Place of Employment: County Jail.

   C.   Defendant: Officer John Doe

        Title: Sheriff Cook County Jail Division

        Place of Employment: Sheriff Department.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                         Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _N/A_

B. Approximate date of filing lawsuit: _N/A_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

D. List all defendants: _N/A_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _N/A_

F. Name of judge to whom case was assigned: _N/A_

G. Basic claim made: _N/A_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

I. Approximate date of disposition: _N/A_ .

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 12-18-23 on the 3pm-11pm shift I was sexually assaulted by officer John Doe I had been transfered from Division 6 to Divison 8 RTu. Between 7pm and 8:30 when I arrived I was escorted to the 3rd floor tierc the officer hereby reffered to as John Doe came out the unit Door and said "I need to search you" I stated I was transgender and would like a female or a superisor. JohnDoe then stated "you have a penis, put your hands on the wall" I asked again for a female or superisor. John Doe stated "hands on the wall or else" I then complied. as John Doe was conducting the search he grabbed me between my legs fondling my genitals making comments like. "yep you have a penis"

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

"I'm sure you like this" "how does it feel to have a real man touch you" I then asked him to please stop and after he finished I went on the unit and was so shaken and scared I didn't speak for almost 3 days. I filed all my grievances all the way to the opr. I also called prea twice.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite
no cases or statutes.

1.5 million in compensatory relief for mental and
emotional anguish, court fees and lawyer fees and any
additional out of pocket expense/Punitive damages. The
Department will hold said officer John Doe accountable
termination effective imedate and lable a sex offender
due to abuse of power and authority in his permanant Jacket.

**VI.    The plaintiff demands that the case be tried by a jury.**   ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information and
belief. I understand that if this certification is not correct, I may be
subject to sanctions by the Court.

Signed this ___8th___ day of _August_, 20_25_

_____
(Signature of plaintiff or plaintiffs)

Ronald Gene Langley Jr
(Print name)

mile438
(I.D. Number)    Logan C.C.

PO Box 1000

Lincoln Il 62656.
(Address)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Reason



CERTIFIED MAIL

9589 0710 5270 1244 2922 27

US POSTAGE PITNEY
ZIP 62656
02 7W
0008026876 SEP 10

$ 002.4

Ronald Langley TM10435
Logan C.C.
PO Box 1000
Lincoln Ic 62656.


09/16/2025-47

Legal
mail.

Prisoner Correspondent,
united states District Court,
219 S. Dearborn street,
Chicago Il 60604

Legal
mail

RECEIVED

SEP 16 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    prisoner correspondent
    united states District court
    219. S. Dearborn street.
    chicago ILL 60604

9590 9402 4647 8323 3215 20

2. Article Number (Transfer from service label)

9589 0710 5270 1244 2922 27

PS Form **3811**, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

This correspondence is from an inmate of the Illinois Department of Corrections.